# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 11-16255 |
| District Court/Agency Case Number(s): | 2:09-CV-01235-MCE-DAD |
| District Court/Agency Location: | USDC Eastern District |
| Case Name: | Richards, et al. v. County of Yolo, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | #72 |
| Name of party/parties submitting this form: | Defendants-Appellees Ed Prieto and County of Yolo |

**Please briefly describe the dispute that gave rise to this lawsuit.**

The individual Plaintiffs were denied concealed weapons permits because they failed to show "good cause" why such permit should be issued. Plaintiffs challenged the constitutionality of Sheriff Prieto and the County of Yolo's concealed weapon permitting policy which requires good cause beyond a generalized desire to carry a firearm for self-defense. Plaintiffs claimed that the Sheriff's policy violated their Second Amendment and equal protection rights.

**Briefly describe the result below and the main issues on appeal.**

Parties filed cross motions for summary judgment. The District Court found for Defendants and dismissed Plaintiffs' lawsuit.

*(Please continue to next page)*

| Describe any proceedings remaining below or any related proceedings in other tribunals. |
|---|
| No proceedings in the trial court.<br><br>Related proceeding in this Court:  Peruta v. County of San Diego docket # 10-56971 |

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
| Defendants do not believe this case is suitable for mediation as this is a dispute over the scope of the Second Amendment.  There does not appear to be any middle ground between Plaintiffs' and Defendants' positions. |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | [signature]    Serena M. Sanders    5/26/11 |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | Defendants-Appellees Ed Prieto and County of Yolo |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3.2, the following representation information is provided:

Plaintiffs:

Adam Richards
Brett Stewart
Second Amendment Foundation, Inc.
Calguns Foundation, Inc.

All Plaintiffs are represented by:

Alan Gura
Email: alan@gurapossessky.com
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
Telephone:  (703) 835-9085
Facsimile:  (703) 997-7665

Donald E.J. Kilmer, Jr.
Email: don@dklawoffice.com
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
Telephone:  (408) 264-8489
Facsimile:  (408) 264-8487

Defendants:

Ed Prieto
County of Yolo

All Defendants are represented by:

Bruce A. Kilday
 Email: bkilday@akk-law.com
Peter D. Halloran
 Email: phalloran@akk-law.com
Serena M. Sanders
 Email: ssanders@akk-law.com
Angelo, Kilday & Kilduff, LLP
601 University Ave., Suite 150
Sacramento, CA 95825
Telephone:  (916) 564-6100; Facsimile:  (916 564-6263