C. D. MICHEL

SPECIAL COUNSEL
JOSHUA R. DALE
W. LEE SMITH

ASSOCIATES
SEAN A. BRADY
SCOTT M. FRANKLIN
HILLARY J. GREEN
THOMAS E. MACIEJEWSKI
CLINT B. MONFORT
JOSEPH A. SILVOSO, III
TAMARA M. RIDER
LOS ANGELES, CA

Writer's Direct Contact:
(562) 216-4444
cmichel@michellawyers.com



**MICHEL & ASSOCIATES, P.C.**
Attorneys at Law

OF COUNSEL
DON B. KATES
SAN FRANCISCO, CA

RUTH P. HARING
LOS ANGELES, CA

GLENN S. MCROBERTS
SAN DIEGO, CA

AFFILIATE COUNSEL
JOHN F. MACHTINGER
JEFFREY M. COHON
LOS ANGELES, CA

DAVID T. HARDY
TUCSON, AZ

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

June 8, 2011

JUN 0 9 2011

FILED _____
DOCKETED _____
DATE    INITIAL

Molly C. Dwyer, Clerk of Court
OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street
San Francisco, CA 94119
**VIA OVERNIGHT MAIL**

    Re:    *Peruta v. County of San Diego* Appellants' Opposition to *Richards v. Prieto* Appellants' Motion to Align Oral Argument with Related Case

Clerk Dwyer:

    We write to inform the Clerk's office that our clients (Appellants in the *Peruta v. County of San Diego* matter, Ninth Circuit Case No. 10-56971) have filed an opposition in their matter to the Motion to Align Oral Argument with Related Case filed by the Appellants in the matter of *Richards v. Prieto*, Ninth Circuit Case No. 11-16255, on May 31, 2011. The Motion to Align has already been assigned to an attorney in the Clerk's Office for review, but *Peruta* Appellants have been informed that there will not be a ruling on the motion until they have had a chance to respond.

    Because neither case has yet to be assigned to a merits panel, and because *Peruta* Appellants cannot electronically file their opposition to the Motion to Align on the *Richards* docket, the purpose of this letter is to alert the Clerk's Office that *Peruta* Appellants have filed their opposition to the Motion to Align on their own case docket. And by way of this letter, *Peruta* Appellants also respectfully request that this letter be filed on the docket in the *Richards* matter.

If you have any questions or concerns concerning this letter or our clients' request, please feel free to contact me at your convenience.

Sincerely,
**MICHEL & ASSOCIATES, P.C.**

C. D. Michel
Counsel for *Plaintiffs-Appellants* in
*Peruta v. County of San Diego,*
Ninth Circuit Case No. 10-56971

cc:
James Chapin
County Counsel Office
1600 Pacific Hwy, Room 355
San Diego, CA 92101

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street
Suite 405
Alexandria, VA 22314

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, I mailed the foregoing document and a copy of *Peruta v. San Diego* Appellants' Opposition to *Richards v. Prieto* Appellants' Motion to Align Oral Argument with Related Case, Filed in Case No. 11-16255 by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following individuals:

James Chapin
County Counsel Office
1600 Pacific Hwy, Room 355
San Diego, CA 92101

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 0 9 2011

FILED _____
DOCKETED _____
            DATE        INITIAL

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street
Suite 405
Alexandria, VA 22314

                                          /s C. D. Michel
                                          C. D. Michel
                                          Attorney for *Amici*