UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADAM RICHARDS; et al.,

       Plaintiffs - Appellants,

 v.

ED PRIETO and COUNTY OF YOLO,

       Defendants - Appellees.

No. 11-16255

D.C. No. 2:09-cv-01235-MCE-DAD
U.S. District Court for Eastern
California, Sacramento

**ORDER**

The opening brief submitted on August 24, 2011 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the

brief in paper format, with a blue cover, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application.

                         FOR THE COURT:
                         Molly C. Dwyer
                         Clerk of Court

                         Regine Ho
                         Deputy Clerk