UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ADAM RICHARDS; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>ED PRIETO and COUNTY OF YOLO,<br><br>    Defendants - Appellees. | No. 11-16255<br><br>D.C. No. 2:09-cv-01235-MCE-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

The amicus brief submitted by National Rifle Association of America, Inc. on August 31, 2011 is filed.

Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk