UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADAM RICHARDS; et al.,

        Plaintiffs - Appellants,

v.

ED PRIETO and COUNTY OF YOLO,

        Defendants - Appellees.

No. 11-16255

D.C. No. 2:09-cv-01235-MCE-DAD
U.S. District Court for Eastern
California, Sacramento

**ORDER**

The amicus brief submitted by California Rifle and Pistol Association Foundation on August 31, 2011 is filed.

Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Liora Anis
                                        Deputy Clerk