JOHN A. WHITESIDES, ESQ., SBN 125611
PETER D. HALLORAN, ESQ., SBN 184025
SERENA M. SANDERS, ESQ., SBN 264799
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Attorneys for Defendants-Appellees ED PRIETO and COUNTY OF YOLO

IN THE UNITED STATES COURT OFAPPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **ADAM RICHARDS, et al.,** | No. 11-16255 |
| Plaintiffs-Appellants, | On Appeal from the United States District Court |
| v. | Eastern District of California Sacramento |
| **ED PRIETO, et al.,** | D.C. No. 2:09-CV-01235-MCE-DAD |
| Defendants-Appellees. | **NOTICE OF APPEARANCE AND REPRESENTATION** |

TO THE COURT AND ALL PARTIES:

Please take notice that John A. Whitesides of the law firm of ANGELO, KILDAY & KILDUFF, LLP hereby enters an appearance on behalf of Defendants-Appellees, ED PRIETO and COUNTY OF YOLO in the above entitled action. Accordingly, counsel of record for Defendants-Appellees is as follows:

1

JOHN A. WHITESIDES, ESQ., SBN 125611
PETER D. HALLORAN, ESQ., SBN 184025
SERENA M. SANDERS, ESQ., SBN 264799
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue, Suite 150
Sacramento, California 95825
Telephone: (916) 564-6100
Facsimile: 916) 564-6263

Dated: September 23, 2011                ANGELO, KILDAY & KILDUFF, LLP

    */s/ John A. Whitesides*
    _____
    JOHN A. WHITESIDES
    Attorneys for Defendants-Appellees
    ED PRIETO and COUNTY OF YOLO