UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ADAM RICHARDS; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ED PRIETO and COUNTY OF YOLO, <br><br> Defendants - Appellees. | No. 11-16255 <br><br> D.C. No. 2:09-cv-01235-MCE-DAD <br> U.S. District Court for Eastern California, Sacramento <br><br> **ORDER** |

The answering brief submitted on September 23, 2011 is filed.

Within 7 days of this order, appellees are ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Regine Ho
Deputy Clerk