No. 11-16255

# In The United States Court of Appeals
# For The Ninth Circuit

---

ADAM RICHARDS, ET AL.,

Plaintiffs-Appellants,

v.

ED PRIETO, ET AL.,

Defendants-Appellees.

---

Appeal from a Judgment of the United States District Court
for the Eastern District of California
Hon. Morrison C. England, District Judge
(2:09-CV-01235-MCE-DAD)

---

## APPELLANTS' BILL OF COSTS

---

| | |
|---|---|
| Donald E. J. Kilmer, Jr. | Alan Gura* |
| Law Offices of Donald Kilmer | GURA & POSSESSKY, PLLC |
| 1645 Willow Street, Suite 150 | 105 Oronoco Street, Suite 305 |
| San Jose, CA 95125 | Alexandria, VA 22314 |
| 408.264-8489/408.264-8487 | 703.835.9085/703.997.7665 |
| don@dklawoffice.com | alan@gurapossessky.com |
| | |
| March 12, 2014 | Counsel for Appellants |
| | *Counsel of Record |

# United States Court of Appeals for the Ninth Circuit

# BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with 9th Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and 9th Circuit Rule 39-1 when preparing your bill of costs.

Adam Richards, et al.    v.    Ed Prieto, et al.    9th Cir. No. 11-16255

The Clerk is requested to tax the following costs against: Ed Prieto and County of Yolo

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, 9th Cir. R. 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST |
| Excerpt of Record | 6 | 87 | $ 0.10 | $ 52.20 | | | $ | $ |
| Opening Brief | 8 | 90 | $ 0.10 | $ 72.00 | | | $ | $ |
| Answering Brief | | | $ | $ | | | $ | $ |
| Reply Brief | 8 | 57 | $ 0.10 | $ 45.60 | | | $ | $ |
| Other** | | | $ | $ | | | $ | $ |
| | | | TOTAL: | $ 169.80 | | | TOTAL: | $ |

\* Costs per page may not exceed .10 or actual cost, whichever is less. 9th Circuit Rule 39-1.

\*\* Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to 9th Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys' fees **cannot** be requested on this form.

*Continue to next page.*

**Form 10. Bill of Costs -** *Continued*

I, Alan Gura , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature s/Alan Gura

("s/" plus attorney's name if submitted electronically)

Date March 12, 2014

Name of Counsel: Alan Gura

Attorney for: Plaintiffs-Appellants Adam Richards, Brett Stewart, Second Amendment Foundation, Inc. and Calguns Foundation, Inc.

---

(To Be Completed by the Clerk)

Date _____   Costs are taxed in the amount of $ _____

Clerk of Court

By: _____ , Deputy Clerk

# CERTIFICATE OF SERVICE

On this, the 12th day of March, 2014, I served the foregoing Bill of Costs by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of March, 2014


/s/ Alan Gura
Alan Gura