```
                    UNITED STATES COURT OF APPEALS              FILED

                         FOR THE NINTH CIRCUIT                MAR 25 2014

                                                          MOLLY C. DWYER, CLERK
                                                          U.S. COURT OF APPEALS
```

ADAM RICHARDS; et al.,                No. 11-16255

        Plaintiffs - Appellants,

  v.                                   D.C. No. 2:09-cv-01235-MCE-DAD
                                      U.S. District Court for Eastern
ED PRIETO and COUNTY OF YOLO,         California, Sacramento

        Defendants - Appellees.          **ORDER**

      The amicus brief submitted by Law Center to Prevent Gun Violence and Marin County Sheriff Robert Doyle on March 25, 2014 is filed.

      Within 7 days of this order, amicus curiae is ordered to file 20 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

      The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

      The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk