FILED

MAY 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADAM RICHARDS; SECOND AMENDMENT FOUNDATION; CALGUNS FOUNDATION, INC.; BRETT STEWART,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ED PRIETO; COUNTY OF YOLO,<br><br>        Defendants - Appellees. | No. 11-16255<br><br>D.C. No. 2:09-cv-01235-MCE-DAD<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

    Disposition of the pending petition for rehearing en banc is deferred pending this Court's resolution of pending post-opinion matters in *Peruta v. County of San Diego*, No. 10-56971.