UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADAM RICHARDS; SECOND AMENDMENT FOUNDATION; CALGUNS FOUNDATION, INC.; BRETT STEWART, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ED PRIETO; COUNTY OF YOLO, <br><br> Defendants - Appellees. | No. 11-16255 <br><br> D.C. No. 2:09-cv-01235-MCE-DAD Eastern District of California, Sacramento <br><br> ORDER |

Before: THOMAS, Chief Judge, and O'SCANNLAIN and CALLAHAN, Circuit Judges.

The Appellees' motion to terminate the stay of consideration of their petition for rehearing *en banc* is GRANTED.