FILED

MAR 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADAM RICHARDS; SECOND AMENDMENT FOUNDATION; CALGUNS FOUNDATION, INC.; BRETT STEWART, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ED PRIETO; COUNTY OF YOLO, <br><br> Defendants - Appellees. | No. 11-16255 <br><br> D.C. No. 2:09-cv-01235-MCE-DAD <br><br> **ORDER** |

**THOMAS**, Chief Judge:

En banc oral argument will take place during the week of June 15, 2015, in San Francisco, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (415) 355-8026.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court twenty-five additional paper copies of the original briefs (including amicus briefs) and excerpts of record. The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the brief is identical

to the version submitted electronically. A sample certificate is available at http://www.ca9.uscourts.gov/datastore/uploads/cmecf/Certificate-for-Brief-in-Paper-Format.pdf. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.